# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Judgment on rehearing rendered and mailed to all parties or counsel of record on November 18, 2020

**REHEARING ACTION: November 18, 2020**

**Docket Number: 19   00766-CA**

**WINMILL TIRE, LLC, ET AL.**
**VERSUS**
**COLT, INC., ET AL.**

**Appealed from St. Landry Parish Case No. 16-C-4386-A**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the applications

for rehearing filed by **Benson Environmental Services of Louisiana <u>AND</u> Colt, Inc.**

have this day been

    **DENIED.**

cc: Kyle Liney Mark Gideon, Counsel for the Appellant
    Theodore Glenn Edwards, IV, Counsel for the Appellant
    James P. Ryan, Counsel for the Appellee
    David Ogwyn, Counsel for the Appellant
    David Paul Doughty, Counsel for the Appellant
    M. Kyle Moore, Counsel for the Appellant
    Bryan David Scofield, Counsel for the Appellant